Luella Hollenbeck and Hildegard Hollenbeck, appellees, v. Grundy County National Bank, appellant. Gen. No. 8,579.

Heard in this court at the October term, 1932. Opinion filed April 25, 1934.

Smith & Holderman, for appellant. Cornelius Reardon, for appellees.

Mr. Justice Huffman delivered the opinion of the court.

Harris Brothers Company, appellant, v. Hinkamp and Company et al., appellees. Gen. No. 8,709.

Heard in this court at the October term, 1933. Opinion filed April 25, 1934.

Herbert P. Folkers and Edward R. Nadelhoffer, for appellant. Barr & Barr, for appellees.

Mr. Justice Huffman delivered the opinion of the court.

M. H. Fitzsimmons, appellee, v. William Cowan et al., defendants, on appeal of Fred Siebel, appellant. Gen. No. 8,734.

Heard in this court at the October term, 1933. Opinion filed April 25, 1934. Rehearing denied June 25, 1934.

D. T. Smiley, for appellant; A. F. W. Siebel, of counsel. V. S. Lumley, for appellee; Hugh A. Deneen and David R. Joslyn, Jr., of counsel.

Mr. Justice Huffman delivered the opinion of the court.

A. L. Fogle, receiver, defendant in error, v. Charles E. Hayes, plaintiff in error. Gen. No. 8,743.

presiding. Heard in this court at the October term, 1933. Opinion filed April 25, 1934.

B. A. Knight, for plaintiff in error. F. J. Tilton, for defendant in error.

Mr. Justice Huffman delivered the opinion of the court.

In re Claim of Leslie C. Morgan, supervisor for and on behalf of Township of Bonus, Boone County, appellee, v. Estate of A. Gates White, deceased, appellant. Gen. No. 8,756.

Heard in this court at the February term, 1934. Opinion filed April 25, 1934.

F. A. Oakley, Wm. Biester and W. C. De Wolf, for appellant. Alexander J. Strom, State's Attorney, for appellee.

Mr. Justice Huffman delivered the opinion of the court.